AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

MARK S. "BEAR" DANIELS,

Plaintiff,

V.

RENO AIR RACING ASSOCIATION, et al.,

Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:07-CV-00485-BES-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Notice of Intention fo Dismiss pursuant to FRCP 4(m) (Doc. #26) and the Court's Order (Doc. #28).

January 22, 2009

**LANCE S. WILSON**
Clerk

/s/ D. R. Morgan
Deputy Clerk